**George LEMM, Appellant,**

v.

**OMNI ENGINEERING, INC., Appellee.**

**No. 07–1967.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 14, 2007.

Filed: Jan. 14, 2008.

Robb Gage, Trial Attorney, Omaha, NE, for Appellant.

Jennifer Rebecca Deitloff, Roger James Miller, McGrath & North, Omaha, NE, for Appellee.

Before LOKEN, Chief Judge, WOLLMAN and SHEPHERD, Circuit Judges.

PER CURIAM.

George Lemm appeals from the district court's[1] adverse grant of summary judgment in his lawsuit against his former employer, Omni Engineering, brought under the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., and Title VII of the Civil Rights Act, 42 U.S.C. § 2000e et seq.

Having conducted a *de novo* review of the record, *see Kratzer v. Rockwell Collins, Inc.*, 398 F.3d 1040, 1043 (8th Cir. 2005), we agree with the district court's conclusion that Lemm is not actually disabled because he is not limited in a major life activity, *see Nuzum v. Ozark Auto. Distribs., Inc.*, 432 F.3d 839, 843–48 (8th Cir.2005), and that Omni Engineering neither regarded Lemm as being disabled, *see Christensen v. Titan Distrib., Inc.*, 481 F.3d 1085, 1093 (8th Cir.2007), nor had a record which misclassified Lemm's impairment as a disability, *see Taylor v. Nimock's Oil Co.*, 214 F.3d 957, 961 (8th Cir.2000). Because Lemm has not met the first element of a prima facie case under the ADA, we do not address the issue of whether Omni Engineering should have reasonably accommodated him.

Accordingly, we affirm the well-reasoned opinion of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.